United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS ANDREWS, et al.,

Plaintiffs,

v.

PFIZER, INC., et al.,

Defendants.

Case No.  16-md-02691-RS

**ORDER FOR INCLUSION OF NEW CASES IN MDL**

Two complaints—Case Nos. 16-cv-6402-SI and 16-cv-6433-TEH—were inadvertently filed as original proceedings, rather than as part of this multidistrict litigation. Counsel for plaintiff in each case has contacted the court and requested a transfer for inclusion in the multidistrict litigation. Good cause appearing, the clerk of the court is ordered to transfer the two cases to the undersigned judge for inclusion in Case No. 16-md-02691.

**IT IS SO ORDERED**.

Dated: January 31, 2017

_____
RICHARD SEEBORG
United States District Judge